# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MILLER, | **Case No. 2:13-cv-00460-MCE-AC** |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |
| vs. | |
| RASH CURTIS & ASSOCIATES; and DOES 1 to 10, inclusive, | |
| Defendants. | |

## ORDER

In accordance with the parties Stipulation for Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), , all claims of Plaintiff TRAVIS MILLER against Defendants RASH CURTIS & ASSOCIATES; and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff TRAVIS MILLER and Defendant RASH CURTIS & ASSOCIATES shall each bear their own costs and attorneys' fees.  The case having resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  June 24, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT